comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1112.

SCHUTZINGER, Respondent, v. A. D. GRANGER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Edwin M. Schutzinger against the A. D. Granger Company. W. J. Martin, of New York City, for appellant. R. B. Honeyman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1111.

SCHWABE et al. v. HERTZOG. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Alfred J. Schwabe and others against Aladar W. Hertzog. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 146 N. Y. Supp. 644.

SCHWARTZ, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Michel I. Schwartz against Herbert E. Williams and others. No opinion. Judgments affirmed, with costs. See, also, 158 App. Div. 947, 143 N. Y. Supp. 1143.

SCHWARTZMAN, Appellant, v. JETTER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Samuel Schwartzman against J. Edward Jetter and others. H. Nathan, of New York City, for appellant. J. T. Mahoney, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

SCHWER et al. v. COHN et al. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Michael Schwer and others against William L. Cohn and others. No opinion. Application granted. Order signed.

SEAMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Richard F. B. Seaman against Fitzhugh Smith and others. No opinion. Judgment affirmed, with costs. See, also, 154 App. Div. 948, 139 N. Y. Supp. 1144.

SEAQUIST, Respondent, v. SEAQUIST, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Augusta Seaquist against Nels A. Seaquist. No opinion. Order affirmed, with $10 costs and disbursements.

SEARS, Respondent, v. KELLEY, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Lena M. Sears against Elmer W. Kelley.

No opinion. Judgment modified, by deducting from the damages $88, the value of the boxes, and, as so modified, unanimously affirmed, without costs.

SECURITY BANK OF NEW YORK v. FINKELSTEIN. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by the Security Bank of New York against Herman Finkelstein. No opinion. Motion granted. Order filed. See, also, 145 N. Y. Supp. 5.

SELWYN & CO. v. SHUBERT et al. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Selwyn & Co. against Lee Shubert, impleaded. No opinion. Motion granted; questions certified; order filed.

SHANNON, Respondent, v. VAN LIEW, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Mary Shannon against De Forest Van Liew. PER CURIAM. Judgment affirmed, with costs.
HOWARD, J., dissents.

SHAWMUT TIRE CO. OF NEW YORK, Inc., Respondent, v. LATHAN–PHELPS CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by the Shawmut Tire Company of New York, Incorporated, against the Lathan-Phelps Company, Incorporated, and others. M. Rubinger, of New York City, for appellants. A. Stickney, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

SHERIDAN et al. v. SHERIDAN et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Bernard Sheridan and another against Patrick F. Sheridan and others, impleaded with Margaret A. Brown. No opinion. Order affirmed, with $10 costs and disbursements.

SHIEBLER, Respondent, v. SUFFOLK GAS & ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Marvin Shiebler against the Suffolk Gas & Electric Light Company. No opinion. Judgment and order unanimously affirmed with costs.

SHIFFNER, Appellant, v. BECK, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Clara Shiffner against George H. Beck. No opinion. Order affirmed on reargument, without costs, and defendant permitted to plead over